UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

CASE NO.: 2:25-cv-17902

MINDY NICOLE YOUNG and KRISTINA YASHCHENKO,

                Plaintiffs,

v.

BLOOMIN' BABY LLC and G MASON GROUP, LLC,

                Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiffs MINDY NICOLE YOUNG and KRISTINA YASHCHENKO by and through their undersigned counsel, bring this Complaint against Defendants G MASON GROUP, LLC and BLOOMIN' BABY LLC for damages and injunctive relief, and in support thereof state as follows:

**SUMMARY OF THE ACTION**

1. Plaintiffs MINDY NICOLE YOUNG and KRISTINA YASHCHENKO bring this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Plaintiffs' original copyrighted Work of authorship.

2. Plaintiff MINDY NICOLE YOUNG ("Young") is a nationally recognized artist surface pattern designer, and entrepreneur, known for her distinctive hand-painted floral and whimsical designs that have become a sought-after choice for high-end fabric, wallpaper, and home décor. As the founder and creative director of Indy Bloom Design, Young has built one of the most successful independent design brands in the industry, licensing her work to thousands

of brands worldwide and selling directly to a loyal customer base of makers, interior designers, and homeowners.

3. Since launching Indy Bloom Design in 2016, Young's work has been featured on products sold in national and international markets, including children's apparel, luxury home goods, stationery, and boutique décor. Her designs have consistently ranked among the top sellers on major print-on-demand platforms such as Spoonflower, where her collections have been purchased and used by thousands of small businesses to create their own best-selling products. Young's fabric and wallpaper designs are especially known for their quality, originality, and signature style — instantly recognizable for their feminine, boho, and timeless aesthetic.

4. Young's success has been driven by both her artistic skill and her ability to build a trusted, respected brand. She has developed exclusive licensing partnerships, released limited-edition product lines that sell out within days, and cultivated an audience of over 70,000 engaged followers across social media and email. Her customers frequently return for repeat purchases, citing her originality, attention to detail, and commitment to supporting small businesses as key reasons they choose her designs over mass-produced alternatives.

5. As a working artist and business owner, Young invests hundreds of hours into creating original works — from initial hand sketches and watercolor paintings to the intricate process of digitizing, perfecting, and preparing each design for production. Each piece is a result of her unique vision, years of refinement of her craft, and an unmistakable personal style that has become her brand's signature. Her reputation and livelihood depend on the exclusivity of her designs and the trust her customers place in knowing they are buying authentic, original artwork from the source.

6. Plaintiff KRISTINA YASHCHENKO ("Yashchenko") began her journey designing patterns for her own brands, creating artwork she loved and believed in. Over time, she expanded into licensing her original patterns to other companies, helping her designs reach even more people. Her brand "Mini Wander" has grown to over 82,000 followers on Instagram, where several reels featuring her patterns have surpassed one million views. Many of the patterns that have been stolen or infringed upon originate from Mini Wander.

7. One of Yashchenko's floral patterns was featured on Spoonflower's homepage for several weeks, a site that receives about 33,000 visitors per day. Despite millions of patterns available, customers consistently choose her designs, resulting in sales almost every day. Yashchenko earns commissions from these ongoing purchases, reflecting the steady demand for her artwork over several years. Her patterns are frequently used on fabric by successful entrepreneurs and business owners who create a variety of products. You'll find Yashchenko's designs on fabrics, wallpaper, blankets, babywear, clothing, activewear, and many other textile products.

8. Yashchenko's work has been viewed by millions of people on social media, especially on Instagram and Pinterest, where her patterns have appeared on popular posts and pins with thousands of views and re-pins. This wide online presence means her designs are easily accessible and well-known within the creative community. Products featuring Yashchenko's patterns can be found all over the world wide web, as well as in stores and boutiques worldwide. Her designs reach a broad audience through both online platforms and physical retail locations. She is known for her love of florals and enjoys bringing that passion to life in every pattern she creates.

9. Plaintiffs Young and Yashchenko are collectively referred to herein as "Plaintiffs."

10. Defendant BLOOMIN' BABY LLC ("Bloomin' Baby") operates as a catalog and mail-order house, as well as a manufacturer, importer and exporter of baby products. Bloomin' Baby produces baby clothes for the brands RACHEL ZOE, CATHERINE MANANDRINO and ROSE TEXTILES – TENDERTYME.

11. Defendant G MASON GROUP, LLC ("G Mason") is a global consumer products company specializing in pet supplies, baby products, personal care, and fragrances, and is known for licensing partnerships with major brands like Champion, Build-A-Bear, Banana Boat, and Rachel Zoe.  G Mason owns the brand Bloomin' Baby as its baby-focused division in New York.

12. Defendants Bloomin Baby and G Mason are collectively referred to herein as "Defendants."

13. Upon information and belief, Bloomin' Baby and G Mason are affiliated companies that share the same address and common family ownership and operate common business activities.

14. Plaintiffs allege that Defendants copied Plaintiffs' copyrighted Works from the internet in order to advertise, market and promote their business activities.  Defendants committed the violations alleged in connection with their business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

15. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

16. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

17. Defendants are subject to personal jurisdiction in New Jersey.

18. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANT

19. G Mason Group, LLC is a New Jersey limited liability company with its principal place of business located at 148 West 37th Street, 14th Floor, New York, New York, 10018, and can be served by serving its registered agent Gregory Jemal at 33 Larchwood Avenue, Oakhurst, New Jersey, 07755.

20. Bloomin' Baby LLC is a New York limited liability company with its principal place of business located at 15 West 37th Street, Fourth Floor, New York, New York, 10018, and can be served by serving the company at 15 West 37th Street, Fourth Floor, New York, New York, 10018.

## THE COPYRIGHTED WORKS AT ISSUE

21. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, and which are referred to herein as the "Works." Copies of the Works are attached hereto as **Exhibit 1**. Copies of the Registration Certificates are attached hereto as **Exhibit 2**.

| Title | Owner | Registration Date | Registration Number |
|---|---|---|---|
| Amelia Floral White | Young | March 20, 2025 | VA 2-453-559 |
| Periwinkle Rose | Young | August 7, 2024 | VA 2-425-276 |
| Daffodil Peach | Young | November 22, 2024 | VA 2-436-749 |
| WHIMSY FLORAL (MULTI-PEACH) | Yashchenko | September 24, 2021 | VA 2-271-128 |

| Title | Owner | Registration Date | Registration Number |
|---|---|---|---|
| DAISY (BLUSH PINK) | Yashchenko | January 31, 2022 | VA 2-287-867 |

22. At all relevant times Plaintiffs were the owners of the copyrighted Works.

### INFRINGEMENT BY DEFENDANTS

23. Defendants have never been licensed to use the Works for any purpose.

24. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendants copied the Works.

25. On or about July 2024, Plaintiffs discovered the unauthorized use of their Works on baby clothes produced and distributed by Defendants.

26. Defendants copied Plaintiffs' copyrighted Works without Plaintiffs' permission.

27. After Defendants copied the Works, they made further copies and distributed the Works to RACHEL ZOE, CATHERINE MANANDRINO and ROSE TEXTILES – TENDERTYME for sale on the internet and in brick-and-mortar stores such as Macy's, Kohls, Belks, TJ Maxx and Marshalls.

28. Defendants copied and distributed Plaintiffs' copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

29. Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 3**. Attached hereto as **Exhibit 4** are comparison documents showing the infringed Works compared to their original designs.

30. Plaintiffs never gave Defendants permission or authority to copy, distribute or display the Works for any purpose.

31. Plaintiffs notified Defendants of the allegations set forth herein on August 12, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

32. Plaintiffs incorporate the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

33. Plaintiffs own valid copyrights in the Works.

34. Plaintiffs registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

35. Defendants copied, displayed, and distributed the Works and made derivatives of the Works without Plaintiffs' authorization in violation of 17 U.S.C. § 501.

36. Defendants performed the acts alleged in the course and scope of their business activities.

37. Defendants' acts were willful.

38. Plaintiffs have been damaged.

39. The harm caused to Plaintiffs has been irreparable.

WHEREFORE, the Plaintiffs MINDY NICOLE YOUNG and KRISTINA YASHCHENKO pray for judgment against the Defendants G MASON GROUP, LLC and BLOOMIN' BABY LLC that:

    a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    Defendants be required to pay Plaintiffs their actual damages and Defendants' profits attributable to the infringement, or, at Plaintiffs' election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Plaintiffs be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Plaintiffs be awarded pre- and post-judgment interest; and

e.    Plaintiffs be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury of all issues so triable.

Dated: November 24, 2025                Respectfully submitted,

*/s/  Rebecca A. Kornhauser*
REBECCA A. KORNHAUSER
Bar Number: 6174387
rebecca.kornhauser@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.517.3534 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs Mindy Nicole Young and Kristina Yashchenko*