# Exhibit
# 1



**DAISY ( BLUSH PINK )**

- **Registration Number: VA 2-286-867**
- **Date: January 31, 2022**
- **Claimant: Kristina Yashchenko**



**WHIMSY FLORAL (MULTI-PEACH)**

- **Registration Number: VA 2-271-128**
- **Date: September 24, 2021**
- **Claimant: Kristina Yashchenko**



**Daffodil Peach**

- **Registration Number: VA 2-436-749**
- **Date: November 22, 2024**
- **Claimant: Mindy Nicole Young**



**Periwinkle Rose**

- **Registration Number: VA 2-425-276**
- **Date: August 7, 2024**
- **Claimant: Mindy Nicole Young**



**Amelia Floral White**

- **Registration Number: VA 2-453-559**
- **Date: March 20, 2025**
- **Claimant: Mindy Nicole Young**