# Exhibit
# 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter
United States Register of Copyrights and Director

**Registration Number**
**VA 2-287-867**
**Effective Date of Registration:**
January 31, 2022
**Registration Decision Date:**
February 22, 2022

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** DAISY ( BLUSH PINK )

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 20, 2019
**Nation of 1st Publication:** United States

### Author

- **Author:** KRISTINA YASHCHENKO
**Author Created:** Artwork
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1992

### Copyright Claimant

**Copyright Claimant:** KRISTINA YASHCHENKO
8316 N MAPLE LN, SPOKANE, WA, 99208, United States

### Rights and Permissions

**Organization Name:** MINI WANDER, LLC
**Name:** ROMAN YASHCHENKO
**Email:** ryashchenko@gmail.com
**Telephone:** (503)757-5424
**Address:** 8316 N MAPLE ST
SPOKANE, WA 99208 United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-271-128**
**Effective Date of Registration:**
September 24, 2021
**Registration Decision Date:**
October 14, 2021

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** WHIMSY FLORAL (MULTI- PEACH)

### Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 18, 2020
**Nation of 1st Publication:** United States

### Author

- **Author:** KRISTINA YASHCHENKO
  **Author Created:** Artwork
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1992

### Copyright Claimant

**Copyright Claimant:** KRISTINA YASHCHENKO
8316 N Maple Ln, Spokane, Washington, 99208, United States

### Rights and Permissions

**Organization Name:** Mini Wander, LLC
**Name:** ROMAN YASHCHENKO
**Email:** ryashchenko@gmail.com
**Telephone:** (503)757-5424
**Address:** 8316 N MAPLE LN
SPOKANE, WA 99208 United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-436-749**
**Effective Date of Registration:**
November 22, 2024
**Registration Decision Date:**
March 11, 2025

## Title

**Title of Work:** Daffodil Peach

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 22, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Mindy Nicole Young
  **Author Created:** 2-D artwork, textile repeat pattern
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Mindy Nicole Young
5645 w 5100 s, Hooper, UT, 84315, United States

## Rights and Permissions

**Name:** Mindy Nicole Young
**Email:** mindy@indybloomdesign.com
**Telephone:** (801)518-5304
**Address:** 5645 w 5100 s
Hooper, UT 84315

## Certification

**Name:** Mindy Young
**Date:** November 22, 2024

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-425-276**
**Effective Date of Registration:**
August 07, 2024
**Registration Decision Date:**
December 12, 2024

## Title

**Title of Work:** Periwinkle Rose

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 08, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Mindy Young
  **Author Created:** surface pattern design
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Mindy Nicole Young
5645 w 5100 s, Hooper, UT, 84315

## Rights and Permissions

**Organization Name:** Indy Bloom Design
**Name:** Mindy Young
**Email:** mindy@indybloomdesign.com
**Telephone:** (801)518-5304
**Alt. Telephone:** (801)518-5304
**Address:** 5645 w 5100 s
Hooper, UT 84315 United States

## Certification

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-559**
**Effective Date of Registration:**
March 20, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Amelia Floral White

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 11, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Mindy Nicole Young
  **Author Created:** Fabric Pattern Design
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Mindy Nicole Young
5645 w 5100 s, Hooper, UT, 84315

## Rights and Permissions

**Organization Name:** Indy Bloom Design
**Name:** Mindy Nicole Young
**Email:** mindy@indybloomdesign.com
**Telephone:** (801)518-5304
**Address:** 5645 w 5100 s
Hooper, UT 84315

## Certification

**Name:** Mindy Young