# Exhibit

# 3

# Kristina Yashchenko Infringements With Previously Disclosed Unit Totals

| Product Code and Image | Units | Product Code and Image | Units |
| --- | --- | --- | --- |
| RZ01655  | 6012 | RZ01701  | 3240 |
| RZ21918  | 5868 | CM11272GT  | 1776 |
|  RZ01722 | 3276 | RZ11926  | 4824 |

| | | | |
|---|---|---|---|
| CM01272  | 4608 | | |
| RZ01755  | 6264 | RZ12010  | 6048 |
|  | RZ11934 “Not my Style” |  | 3492 |
| | | | |
| | | | |

**TWO PRODUCTS PHOTOS REJECTED AS NOT FROM BLOOMIN BABY**

Only the style on right is my style and its not under Rachel zoe

CM01313-shipped 4824 units




Not my style



# MINDY YOUNG Infringements
# With Previously Disclosed Unit Totals

| Product Code and Image | Units | Product Code and Image | Units |
|---|---|---|---|
| RZ01762  | 3024 | | |
| RZ01731  | 2412 | RZ01940  | 3132 |

| | | | |
|---|---|---|---|
| RZ0848<br> | 4824 | RZ1848<br> | 2508 |
| CM11723GT<br> | 1776 | RZ0903<br> | 2412 |
| RZ01442 | 4932 | RZ1993 | 2508 |

| | | | |
|---|---|---|---|
|  | |  | |
| CM01273  | 4788 | CM01253  | 6588 |
| RZ21726   | 2880 |   BABY MODE – | 1224 |

| | | | |
|---|---|---|---|
|  BABY MODE | 360 |  BABY MODE – | 1296 |



**This article was found on Tendertyme/Rose Textiles website.**




**RACHEL ZOE INFANT GIRLS DRESS**




**RACHEL ZOE INFANT 3-PIECE – PANTS- BODYSUIT-BOW**



**RACHEL ZOE INFANT 3-PIECE – PANTS- BODYSUIT-BOW**
**COMPARED TO**
***Kristina Yaschenko DAISY (BLUSH PINK)***

Rachel Zoe




**RACHEL ZOE INFANT 3-PIECE – PANTS- BODYSUIT-BOW**


8



paulettem34
Updated Aug 30

Pink baby onesies by Rachel Zoe

Rachel Zoe

$11 ~~$22~~

SIZE 3-6M Size Chart

Buy Now

Buy now with PayPal

Like and save for later Add To Bundle

Pink with sunflowers and white with pink leaves. 2 cute outfits is 3



**RACHEL ZOE ONESIE**




**RACHEL ZOE INFANT 4-PIECE ONSIE**




**RACHEL ZOE INFANT 4-PIECE ONSIE**



**RACHEL ZOE CHILDREN'S 3-PIECE PANTS SET**







**RACHEL ZOE CHILDREN'S 3-PIECE PANTS SET TAGS**






6



**RACHEL ZOE 3-PIECE RUFFLE DAISY SET**



**RACHEL ZOE 3-PIECE RUFFLE DAISY SET**




**RACHEL ZOE 4-PIECE RUFFLE DAISY SET WITH ONESIE AND SUNGLASSES**

**CATHERINE MALANDRINO LABEL**

**KRISTINA YASHCHENKO DESIGN**

**SIMILAR OUTFIT TO THE GIANT TIGER OUTFIT**

Mercari > Catherine Malandrino > Kids > Girls one-pieces > Girls 0-24 mos >
Catherine Malandrino Baby Floral Romper with Headband (6-9mos)




Updated 10/12/24

# Catherine Malandrino Baby Floral Romper with Headband (6-9mos)

**$8.00**

+$4.99 delivery & $1.70 fees

Add to cart

Make offer

Buy now

PayPal Checkout

* By continuing to checkout, you agree to the Mercari Privacy Policy and Terms of Service

Less than 10 mi

Meet the seller




CATHERINE Malandrino
BABY
6/9M









**GIANT TIGER MONKEY BARS INFANT GIRLS JUMPER SET, 2-PIECE**

Compare to Whimsy Floral (Multi-Peach) by Kristina Yashschenko




**GIANT TIGER MONKEY BARS INFANT GIRLS JUMPER SET, 2-PIECE**



**RACHEL ZOE BABY TEXTURED FLORAL DRESS**

compare to Daffodil Peach by Mindy Nicole Young



**RACHEL ZOE BABY TEXTURED FLORAL DRESS**




**RACHEL ZOE FLORAL ONSIE**



**RACHEL ZOE FLORAL ONSIE**






**RACHEL ZOE FLORAL DRESS**



**RACHEL ZOE FLORAL DRESS**









**RACHEL ZOE 3-PIECE SET – BODYSUIT – PANT - SUNGLASSES**






**RACHEL ZOE 2-PIECE RUFFLE SET**




**RACHEL ZOE 2-PIECE RUFFLE SET**




**RACHEL ZOE LACE RUFFLE DRESS**




**RACHEL ZOE LACE RUFFLE DRESS**



**RACHEL ZOE RUFFLE DRESS**





Littles by Rachel Zoe

**OUTFIT #5 – RACHEL ZOE LABEL**

**MINDY YOUNG DESIGN**






Baby Mode Little Miss Perfect 3-Piece Set



Baby Mode 2=Piece Floral Romper with Tulle Over skirt and headband



Baby Mode Style # 17439




**GIANT TIGER MONKEY BARS INFANT GIRLS JUMPER SET, 2-PIECE**




**GIANT TIGER MONKEY BARS INFANT GIRLS JUMPER SET, 2-PIECE**



CATHERINE MALANDRINO LABEL
MINDY YOUNG DESIGN
SAME PATTERN USED ON THE GIANT TIGER OUTFIT


CATHERINE MALANDRINO
BABY
0/3M







**CATHERINE MALANDRINO LABEL**

**MINDY YOUNG DESIGN**




CATHERINE MALANDRINO
Baby
6/9M
Made in China
Hecho en China
Fabriqué en Chine





**CATHERINE MALANDRINO LABEL**

**MINDY YOUNG DESIGN**

**SAME PATTERN USED ON THE GIANT TIGER OUTFIT**

Babies & Kids › Babies & Kids Fashion




Buyer Protection

Catherine Malandrino 6-9m top dress

RM13

Make Offer    Chat

teamy closet @teamy_closet
5.0 ★★★★★ (30 reviews)

Buy


Hello
World