# Exhibit 4



**RACHEL ZOE INFANT GIRLS DRESS**
**COMPARED TO**
***Kristina Yaschenko DAISY (BLUSH PINK)***



***Kristina Yaschenko***
***Whimsy Floral (Multi- Peach) compared to***
**GIANT TIGER MONKEY BARS INFANT GIRLS JUMPER SET, 2-PIECE**





Mindy Young Periwinkle Rose
*compared to*
**GIANT TIGER MONKEY BARS INFANT GIRLS JUMPER SET, 2-PIECE**









**MINDY YOUNG DAFFODIL PEACH**
**Compared to**
**RACHEL ZOE FLORAL DRESS**





**MINDY YOUNG DAFFODIL PEACH**
**Compared to**
**RACHEL ZOE BABY TEXTURED FLORAL DRESS**







**MINDY YOUNG DAFFODIL PEACH & AMELIA FLORAL**
**Compared to RACHEL ZOE 3-PIECE SET – BODYSUIT – PANT - SUNGLASSES**








**MINDY YOUNG DAFFODIL PEACH & AMELIA FLORAL**
**Compared to RACHEL ZOE 2-PIECE RUFFLE SET**

| | |
|---|---|
|  |  |
|  |  |
|  |  |

| | |
|---|---|
| <br>YOUNG #2 |  |
| <br>YOUNG #2<br><br>YOUNG #3 |  |