UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

CASE NO.: 2:25-cv-17902-MEF-CF

MINDY NICOLE YOUNG and KRISTINA YASHCHENKO,

                Plaintiffs,

v.

G MASON GROUP, LLC and BLOOMIN' BABY LLC,

                Defendants.

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT BLOOMIN' BABY LLC TO RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs MINDY NICOLE YOUNG ("Young") and KRISTINA YASHCHENKO ("Yashchenko")(collectively referred to herein as "Plaintiffs") by and through their undersigned counsel, hereby move this Honorable Court for an extension of time for Defendant BLOOMIN' BABY LLC ("Bloomin' Baby") to respond to Plaintiffs' Complaint, and as grounds therefore states as follows:

1. Plaintiffs filed their Complaint on November 24, 2025 at ECF 1.

2. Defendant Bloomin' Baby was served with its Summons and Complaint on December 1, 2025; thereby setting a response date of December 22, 2025. (ECF 6).

3. Counsel for Defendants executed a Waiver of Service for Defendant G MASON GROUP LLC ("G Mason") on December 9, 2026; thereby setting a response date of February 9, 2026. (ECF 7).

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

4.   Counsel for Bloomin' Baby contacted the undersigned on December 9, 2025 and requested an extension of time, up to the date G Mason's response is due, February 9, 2026, to respond to allow the parties to explore settlement negotiations.

5.   This is the parties' first request for an extension of time for Bloomin' Baby to respond to Plaintiffs' Complaint, and this request is not made for delay.

6.   There are no deadlines or court hearings currently set in this matter and this brief extension of time will prejudice neither party nor the Court.

7.   The parties request that the deadline for Bloomin' Baby to respond to Plaintiffs' Complaint be extended to February 9, 2026, the same day G Mason's response is due.

WHEREFORE, Plaintiffs MINDY NICOLE YOUNG AND KRISTINA YASHCHENKO pray this Honorable Court for an extension of time for Defendant BLOOMIN' BABY LLC to respond to Plaintiffs' Complaint, up to and including February 9, 2026, and for such other and further relief as to this Court deems just and proper in the premises.

Dated: December 9, 2025                     Respectfully submitted,

**SO ORDERED** on this 10th day of December, 2025.
*s/Cari Fais*
Hon. Cari Fais, U.S.M.J.

/s/  Rebecca A. Kornhauser
REBECCA A. KORNHAUSER
Bar Number: 517662024
rebecca.kornhauser@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.517.3534 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs Mindy Nicole Young and Kristina Yashchenko*